1  Michael S. Warda, CSB# 176360
   MICHAEL S. WARDA,
2  A Professional Law Corporation
   2350 W. Monte Vista Avenue
3  Turlock, California  95382
   Telephone:  (209) 667-1889
4  Fax:  (209) 667-1809
5
6  Attorney for Plaintiff – JEFF DENHAM, an individual
7
8              UNITED STATES DISTRICT COURT
9       IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
   **JEFF DENHAM, an individual,**                    **CASE NO.**
12
13              **Plaintiff,**                         **COMPLAINT FOR LIBEL AND**
                                                       **SLANDER; INJUNCTIVE RELIEF**
14  **vs.**
15
16  **DEMOCRATIC CONGRESSIONAL**                      **DEMAND FOR JURY TRIAL**
    **CAMPAIGN COMMITTEE; GREAT**
17  **AMERICAN MEDIA, INC.;**
    **SACRAMENTO TELEVISION STATIONS,**
18  **INC.; HEARST STATIONS, INC.;**
    **CHANNEL 40, INC.; KXTV, INC. and**
19  **DOES 1 through 50, inclusive,**
20
21              **Defendants.**
22
23
24
25
26
27
                                  1
28
   COMPLAINT FOR LIBEL; INJUNCTIVE RELIEF

Plaintiff, JEFF DENHAM, an individual, ("Plaintiff"), hereby alleges as follows:

## PRELIMINARY STATEMENT

1.      Congressman Jeff Denham brings this Complaint to seek redress for Defendants maliciously false and defamatory statements and publications conveyed to the public that Jeff Denham protected his pay in the event of a government shutdown by voting for United States House of Representatives Resolution 1255 ("House Resolution 1255" or "H.R. 1255") while members of the United States Military would not receive their pay.

2.      Defendant, Democrat Congressional Campaign Committee's ("DCCC" ) goal was to advance its political interests by damaging Congressman Denham's character, punishing him for being a member of the Republican Party and damaging his right to seek to be elected to the House of Representatives for the California's 10th Congressional District.

3.      Leadership members of Defendant DCCC which include Rep. Nancy Pelosi, Rep. Steve Israel, Rep. Allyson Schwartz, Rep. Jim Himes, Rep. Donna Edwards, Rep. Jared Polis, Rep. Karen Bass, and Rep. Jackie Speier all voted against House Resolution 1255 which directs the authorities "not [to] disburse to each Member or Delegate the amount of his or her salary for each day" that the government is shut down or unable to pay its debts.   It does the same with respect to the President.

4.      Defendant, DCCC Leadership votes against the House Resolution 1255 imputes to the DCCC knowledge of the contents of H.R. 1255 and therefore any advertisement or publication that Congressman's Denham's vote for 1255 would be a vote to protect Congressman Denham's pay during a government shutdown would be a false with reckless disregard of whether it was false or not.

///

2

5.     While Congressman Denham vigorously supports first amendment rights and

the profound national commitment to the principles that debate on public issues should be

uninhibited, robust, and wide-open, and that it may well include vehement, caustic, and

sometimes unpleasantly sharp attacks on government and public officials, the Defendants have

with actual malice, which is to say with knowledge with falsity or with reckless disregard of

whether the publication was false, lied about him maliciously.

## JURISDICTION AND VENUE

6.     This Court has Jurisdiction over this action pursuant to 28 U.S.C. Section 1331;

28 U.S.C. 1332 and the amount in controversy exceeds $75,000.00.

7.     Venue is proper in this Court pursuant to 28 U.S.C. section 1391 (b) because a

substantial number of the events giving rise to the claims alleged in this Complaint occurred in

the Eastern District of California, and at least one Defendant is a California corporation.

## THE PARTIES

8.     Plaintiff, Jeff Denham, an individual ("Plaintiff" or "Congressman Denham") at

all relevant times mentioned herein, was and is a resident of Stanislaus County, State of

California.

9.     Defendant, DCCC is a District of Columbia "Political organization" intended to

be organized and operated primarily for the purpose of directly or indirectly accepting

contributions or making expenditures for an "exempt function" and conducting political

operations in California.

10.     Defendant, Great American Media, Inc. is a corporation doing business in the

District of Columbia, but not qualified to do business in California and doing business

purchasing advertisement in California.

3

11. Defendant, Sacramento Television Stations, Inc., owner of KOVR and KMAX-TV, a corporation doing business in Washington DC, 20006, and is qualified to do business in California.

12. Defendant, Hearst Stations, Inc., owner of KCRA-TV and KQCA, a corporation doing business in Raleigh, North Carolina, 27602, and is qualified to do business in California.

13. Defendant, Channel 40, Inc., owner of KTXL, a California corporation doing business in Sacramento, California, 95820.

14. Defendant, KXTV, Inc., owner of KXTV, a corporation doing business in McLean, Virginia, 22107, and is qualified to do business in California.

15. Plaintiff does not presently know the true names and capacities of Defendants sued herein under the fictitious names of DOES 1 through 50, inclusive, and will request leave to amend this complaint to include their true names and capacities when the same have been ascertained.

16. Plaintiff is informed and believes, and on that basis alleges, that at all times herein mentioned all defendants, including DOES 1 through 50 inclusive, were the successors in interest to, or agents, alter egos, principals, co-tenants, partners, joint venturers, or co-conspirators of their co-defendants in doing the things herein alleged and in owning or possessing the real property described herein, and were acting within the scope of their authority or in furtherance of a common scheme or design with the knowledge, permission, consent or ratification of their co-defendants in doing the things herein alleged, and therefore, are liable, jointly and severally, for all damages and other relief or remedies sought by Plaintiff in this action.

///

4

COMPLAINT FOR LIBEL; INJUNCTIVE RELIEF

# GENERAL ALLEGATIONS

17.     Jeff Denham is a Member of the United States House of Representatives, currently representing California's 19th Congressional District.

18.     Congressman Denham is currently campaigning to be re-elected to the United States House of Representatives to represent California's 10th Congressional District

19.     Congressman Denham is a United States Air Force Veteran that served 16 years, including service as part of Operation Desert Storm.

20.     Congressman Denham has long supported veteran's causes and has overwhelming support from veterans of the United States Armed Services throughout the San Joaquin Valley, California.

21.     Commencing on approximately October 24, 2012, Great American Media, Inc. solicited Sacramento Television Stations, Inc.; Hearst Stations, Inc.; Channel 40, Inc. and KXTV, Inc. (hereinafter collectively referred to as the "Television Stations") to broadcast a certain advertisement regarding Congressman Denham.

22.     A true and correct transcript of the advertisement is attached hereto as Exhibit "A" and is hereinafter referred to as the Advertisement.

23.     Great American Media, Inc. took such action strictly for monetary gain.

24.     The Advertisement was produced and paid for by the DCCC.

25.     The Television Stations were advised in writing October 24, 2012 to stop running the Advertisement because statements in the Advertisement were false.

26.     The written requests to the Television Stations are attached hereto as Exhibits "B-G", respectively.

///

5

27.     The Advertisement was broadcast and Plaintiff is informed and believes that it continues to be broadcast by the Television Stations and at the direct request of DCCC and Great American Media.

28.     The Advertisement contains false and defamatory statements and references to votes by Plaintiff on H.R. 1255.

## FIRST CAUSE OF ACTION FOR LIBEL AND SLANDER

29.     Plaintiff incorporates by reference paragraphs 1-28 of the Complaint as though set forth herein in their entirety.

30.     As set forth above, commencing on or about October 24, 2012, the Television Stations published the Advertisement advising the public that Jeff Denham protected his pay in the event of a government shutdown.

31.     Beneath the photograph of Congressman Denham and the statement referenced in the preceding allegation, is a reference to "H.R. 1255".

32.     H.R. 1255 is United States House of Representatives Resolution 1255 which provides in pertinent part, that authorities are not [to] disburse to each Member or Delegate the amount of his or her salary for each day that the government is shut down or unable to pay its debts.  It does the same with respect to the President.

33.     The gist of the Advertisement is false and defamatory.

34.     The gist of the Advertisement is to attack the character of Congressman Denham, to damage his reputation as a Member of Congress that votes consistently to protect veterans and to prevent him from exercising his lawful right to seek election.

///

///

6

35.     Further the Advertisement seeks to falsely portray a vote Congressman Denham cast to prevent payment of salary to members of Congress (and the President of the United States) as a vote to protect his salary in the event of a government shut-down.

36.     On October 24, 2012, counsel on behalf of Plaintiff advised the Television Stations that the Advertisement contained false statements and provided references to the Legislative Digest as part of the communication, so that the Television Station management could within seconds discover that the Advertisement contained false statements and that Congressman Denham's vote for H.R. 1255 was a vote to protect his pay in the event of a government shutdown.

37.     The same Advertisement charges that Congressman Denham voted against a measure that would guarantee military pay in the event of a government shutdown, referencing United States House Of Representatives Resolution 1361 (2011).

38.     H.R. 1363 (passed – April 07, 2011) which was the funding measure for the federal government to continue operating included fiscal year funding for the Department of Defense so that military pay and benefits would never lapse.

39.     The foregoing evidences a malicious disregard for truth or falsity with reckless disregard of whether it was false or not.

40.     Defendants published statements against Congressman Denham that clearly contradict known and easily verifiable fact.

41.     The conduct of Defendants demonstrates willful misconduct and an entire want of care that raises conscious indifference to potential resulting damage.

42.     The conduct of Defendants demonstrates willful misconduct and an entire want of care that evidences intent to cause damage to the reputation of Congressman Denham.

7

43.     The false and defamatory accusations were published with Constitutional actual malice, entitling Congressman Denham to an award of punitive damages against Defendants.

44.     The above-entitled actions of Defendants were undertaken with the specific intent to cause harm to Congressman Denham, and showed willful misconduct, malice, fraud oppression and wantonness, entitling Congressman Denham to an award of punitive damages.

45.     The above-entitled actions of Defendants were undertaken as a pattern of similar conduct aimed at the public to generally disparage Congressman Denham in the minds of the public, to distort and chill the political process, and improperly influence votes of the public.

### SECOND CAUSE OF ACTION FOR INJUNCTIVE RELIEF

46.     Plaintiff incorporates by reference paragraphs 1-45 of the Complaint as though set forth herein in their entirety.

47.     As a direct and proximate result of Defendants' conduct the Advertisement continues to be published and continues to damage the reputation of the Plaintiff so that in ascertaining monetary damages will be extremely difficult to determine if possible.

48.     If the Advertisement is permitted to be published no amount of compensation would afford Plaintiff adequate relief from the irreparable harm.  Plaintiff has no adequate remedy at law as it is also impossible to determine damages that Plaintiff may continue to suffer if Defendants are allowed to continue their wrongful conduct.

WHEREFORE, Plaintiff prays judgment against Defendants, and each of them, as follows:

On The First Cause of Action:

1.     For general damages in an amount according to proof.

2.     For punitive damages in an amount according to proof.

8

3.      For costs of suit herein incurred.

4.      For an award this Court deems equitable, just and proper.

On The Second Cause of Action:

1.      Defendants publish a retraction of the Advertisement.

2.      Defendants be restrained from further publication of the Advertisement

3.      That all costs of this action be assessed against Defendants.

4.      For an award this Court deems equitable, just and proper..

Dated:  October 25, 2012                          MICHAEL S.WARDA
                                                  A Professional Law Corporation


                                              By: _____
                                                  Michael S. Warda, Esq.
                                                  Attorney for Plaintiff


## JURY DEMAND

Plaintiff demands a trial by jury on all issues triable of right by a jury.


Dated:  October 25, 2012                          MICHAEL S.WARDA
                                                  A Professional Law Corporation


                                              By: _____
                                                  Michael S. Warda, Esq.
                                                  Attorney for Plaintiff

9

EXHIBIT "A"

In times of conflict, American troops have our backs.

But that didn't stop Jeff Denham from turning his back on them.

With a government shutdown looming in Washington, Denham voted against a measure to guarantee our troops would still receive their pay.

But Denham did vote to protect his own paycheck.

That shouldn't surprise us. In Sacramento, Denham wrote secret letters asking for pay raises he promised he wouldn't take.

Jeff Denham. Out for himself. Not us.


H.R. 1255

EXHIBIT "B"



# Michael S. Warda
## A PROFESSIONAL LAW CORPORATION

*msw@wardalaw.com*

October 24, 2012

**<u>VIA U.S. MAIL & EMAIL</u>**
*etroshinsky@hearst.com*

Elliot Troshinsky
KQCA
58 Television Circle
Sacramento, CA 95814

      **Re:**   **Democratic Congressional Campaign Committee**
               **SECOND DEMAND ON ANOTHER FALSE ADVERTISEMENT**

Dear Mr. Troshinsky:

      This letter is in regard to the negative advertisement the Democratic Congressional Campaign Committee ("the DCCC") is running against Congressman Jeff Denham, a candidate for U.S. House of Representatives for California's 10th Congressional District ("the Advertisement").   The Advertisement contains FALSE STATEMENTS

## <u>Government Shutdown and Military Pay – Denham Record</u>

**CHARGE:** Jeff Denham protected his pay in the event of a government shutdown

FALSE the bill cited in the ad H R 1255 (**Passed** - April 01, 2011) sought to prevent a government shutdown and fund the government however the bill states that in the event of a shutdown Members of Congress and the President would lose their pay for every day the Congress failed to pass a budget.  The ad is in direct contradiction with the text of the legislation which is included below:

**SEC. 3 TREATMENT OF CERTAIN PAYMENTS TO MEMBERS OF CONGRESS AND THE PRESIDENT:**

**H R 1255 directs the authorities "not [to] disburse to each Member or Delegate the amount of his or her salary for each day" that the government is shut down or unable to pay its debts. It does the same with respect to the President.**

2350 W. Monte Vista • Turlock, CA 95382 • Tel (209) 667-1889 • Fax (209) 667-1809

October 24, 2012
Elliot Troshinsky
Page 2


**CHARGE:** Jeff Denham voted against a bill that would guarantee military pay in the event of a government shutdown

FALSE Congressman Denham consistently supported legislation to ensure that our troops were paid. The ad cites H.R. 1363 (passed – April 07, 2011) which provided essential funding for the federal government to continue operating.  These funds included funding for the Department of Defense so that military pay and benefits would never lapse.

During the negotiations over the government funding Congressman Denham issued the statement below stating his position that we must always support our men and women in uniform.

**Rep. Denham: We Must Fund Our Troops, Despite A Government Shutdown**

Apr 8, 2011 **Washington, D.C.** – Representative Jeff Denham, today released the following statement in response to the President's threat to veto a bill that would fund our troops for the remainder of the year and keep the government operating. Rep. Denham, a veteran himself, believes that we must support the men and women who risk their lives fighting for our freedom every day.

*"The well being of our troops and their families must come before politics. As a veteran, a US Representative and citizen of the United States, I voted yesterday for a bill to ensure the federal government stays open and our troops are funded through the end of the fiscal year. As a nation, we must provide the necessary resources for the brave men and women who risk their lives every day in defense of our freedom.  In a time of war, America's leaders must unite. It is time for the Senate to act!"* – Representative Jeff Denham

Without a doubt, the Advertisement contains false information deliberately intended to mislead California voters and defame Congressman Denham's reputation.  Because the Advertisement conveys messages that are plainly disproven by fact, we respectfully demand that your station immediately stop airing the Advertisement and that no further airings of this misleading content be allowed on your station.

There simply is no debate on this issue.

To say otherwise is ferociously disingenuous and deliberately misleading to California voters.

The DCCC has no right or privilege to defame Congressman Denham's reputation by fabricating blatant lies in order to do so.  Your station has a legal responsibility to review and to eliminate any false, misleading, or deceptive materials contained in advertising, and we urge you to put a stop to these dishonest attacks on your station.

October 24, 2012
Elliot Troshinsky
Page 3


The false attacks bankrolled by the Democratic Congressional Campaign Committee against Congressman Denham do not constitute a "candidate use." Under *Columbia Broadcasting Sys., Inc. v. Democratic Nat'l Comm.*, 412 U.S. 94 (1973), and *Nat'l Conservative Political Action Comm.*, 89 FCC 2d 626 (1982), your station is not obligated to air any advertisements from third parties, such as the DCCC, as third parties have no guaranteed right of access to air their advertisements on your station.

This false statement cannot be protected under the New York Times standard.

Your station is hereby on notice that the Advertisement makes false statements intended to deliberately deceive California voters and defame Congressman Denham's reputation. Based on the foregoing, we respectfully demand that your station immediately cease the airing of this false and misleading Advertisement and further request that you reject any attempts by the sponsor of this Advertisement to purchase time for the future airing of this Advertisement because of its material misstatements of fact and defamatory nature.

Please contact me at your earliest convenience at (209) 667-1889 to advise as to your station's actions(s) with respect to cessation of the airing of this advertisement.

Thank you for your prompt attention to this matter. I will anticipate your immediate response.


Regards,

MICHAEL S. WARDA,
A Professional Law Corporation


Michael S. Warda

EXHIBIT "C"



# Michael S. Warda
### A PROFESSIONAL LAW CORPORATION

*msw@wardalaw.com*

October 24, 2012

**VIA U.S. MAIL & EMAIL**
*etroshinsky@hearst.com*

Elliot Troshinsky
KCRA
3 Television Circle
Sacramento, CA 95814

Re:  **Democratic Congressional Campaign Committee**
     **SECOND DEMAND ON ANOTHER FALSE ADVERTISEMENT**

Dear Mr. Troshinsky:

This letter is in regard to the negative advertisement the Democratic Congressional Campaign Committee ("the DCCC") is running against Congressman Jeff Denham, a candidate for U.S. House of Representatives for California's 10th Congressional District ("the Advertisement").   The Advertisement contains FALSE STATEMENTS

### Government Shutdown and Military Pay – Denham Record

**CHARGE:** Jeff Denham protected his pay in the event of a government shutdown

FALSE the bill cited in the ad H R 1255 (**Passed** - April 01, 2011) sought to prevent a government shutdown and fund the government however the bill states that in the event of a shutdown Members of Congress and the President would lose their pay for every day the Congress failed to pass a budget.  The ad is in direct contradiction with the text of the legislation which is included below:

### SEC. 3 TREATMENT OF CERTAIN PAYMENTS TO MEMBERS OF CONGRESS AND THE PRESIDENT:

**H R 1255 directs the authorities "not [to] disburse to each Member or Delegate the amount of his or her salary for each day" that the government is shut down or unable to pay its debts. It does the same with respect to the President.**

October 24, 2012
Elliot Troshinsky
Page 2

**CHARGE:** Jeff Denham voted against a bill that would guarantee military pay in the event of a government shutdown

FALSE Congressman Denham consistently supported legislation to ensure that our troops were paid. The ad cites H.R. 1363 (passed – April 07, 2011) which provided essential funding for the federal government to continue operating. These funds included funding for the Department of Defense so that military pay and benefits would never lapse.

During the negotiations over the government funding Congressman Denham issued the statement below stating his position that we must always support our men and women in uniform.

**Rep. Denham: We Must Fund Our Troops, Despite A Government Shutdown**

Apr 8, 2011 **Washington, D.C.** – Representative Jeff Denham, today released the following statement in response to the President's threat to veto a bill that would fund our troops for the remainder of the year and keep the government operating. Rep. Denham, a veteran himself, believes that we must support the men and women who risk their lives fighting for our freedom every day.

*"The well being of our troops and their families must come before politics. As a veteran, a US Representative and citizen of the United States, I voted yesterday for a bill to ensure the federal government stays open and our troops are funded through the end of the fiscal year. As a nation, we must provide the necessary resources for the brave men and women who risk their lives every day in defense of our freedom. In a time of war, America's leaders must unite. It is time for the Senate to act!"*– Representative Jeff Denham

Without a doubt, the Advertisement contains false information deliberately intended to mislead California voters and defame Congressman Denham's reputation. Because the Advertisement conveys messages that are plainly disproven by fact, we respectfully demand that your station immediately stop airing the Advertisement and that no further airings of this misleading content be allowed on your station.

There simply is no debate on this issue.

To say otherwise is ferociously disingenuous and deliberately misleading to California voters.

The DCCC has no right or privilege to defame Congressman Denham's reputation by fabricating blatant lies in order to do so. Your station has a legal responsibility to review and to eliminate any false, misleading, or deceptive materials contained in advertising, and we urge you to put a stop to these dishonest attacks on your station.

October 24, 2012
Elliot Troshinsky
Page 3

The false attacks bankrolled by the Democratic Congressional Campaign Committee against Congressman Denham do not constitute a "candidate use."  Under *Columbia Broadcasting Sys., Inc. v. Democratic Nat'l Comm.*, 412 U.S. 94 (1973), and *Nat'l Conservative Political Action Comm.*, 89 FCC 2d 626 (1982), your station is not obligated to air any advertisements from third parties, such as the DCCC, as third parties have no guaranteed right of access to air their advertisements on your station.

This false statement cannot be protected under the New York Times standard.

Your station is hereby on notice that the Advertisement makes false statements intended to deliberately deceive California voters and defame Congressman Denham's reputation.  Based on the foregoing, we respectfully demand that your station immediately cease the airing of this false and misleading Advertisement and further request that you reject any attempts by the sponsor of this Advertisement to purchase time for the future airing of this Advertisement because of its material misstatements of fact and defamatory nature.

Please contact me at your earliest convenience at (209) 667-1889 to advise as to your station's actions(s) with respect to cessation of the airing of this advertisement.

Thank you for your prompt attention to this matter.  I will anticipate your immediate response.

Regards,

MICHAEL S. WARDA,
A Professional Law Corporation

Michael S. Warda

EXHIBIT "D"



Michael S. Warda
A PROFESSIONAL LAW CORPORATION

*msw@wardalaw.com*

October 24, 2012

**VIA U.S. MAIL & EMAIL**
*kpwalsh@cbs.com*

Kevin Walsh
KMAX
2713 KOVR Drive
Sacramento, CA 95605

      Re:    **Democratic Congressional Campaign Committee
             SECOND DEMAND ON ANOTHER FALSE ADVERTISEMENT**

Dear Mr. Walsh:

This letter is in regard to the negative advertisement the Democratic Congressional Campaign Committee ("the DCCC") is running against Congressman Jeff Denham, a candidate for U.S. House of Representatives for California's 10th Congressional District ("the Advertisement"). The Advertisement contains FALSE STATEMENTS

**Government Shutdown and Military Pay – Denham Record**

**CHARGE:** Jeff Denham protected his pay in the event of a government shutdown

FALSE the bill cited in the ad H R 1255 (**Passed** - April 01, 2011) sought to prevent a government shutdown and fund the government however the bill states that in the event of a shutdown Members of Congress and the President would lose their pay for every day the Congress failed to pass a budget. The ad is in direct contradiction with the text of the legislation which is included below:

**SEC. 3 TREATMENT OF CERTAIN PAYMENTS TO MEMBERS OF CONGRESS AND THE PRESIDENT:**

**H R 1255 directs the authorities "not [to] disburse to each Member or Delegate the amount of his or her salary for each day" that the government is shut down or unable to pay its debts. It does the same with respect to the President.**

2350 W. Monte Vista • Turlock, CA 95382 • Tel (209) 667-1889 • Fax (209) 667-1809

October 24, 2012
Kevin Walsh
Page 2

**CHARGE:** Jeff Denham voted against a bill that would guarantee military pay in the event of a government shutdown·

FALSE Congressman Denham consistently supported legislation to ensure that our troops were paid. The ad cites H.R. 1363 (passed – April 07, 2011) which provided essential funding for the federal government to continue operating.  These funds included funding for the Department of Defense so that military pay and benefits would never lapse.

During the negotiations over the government funding Congressman Denham issued the statement below stating his position that we must always support our men and women in uniform.

**Rep. Denham: We Must Fund Our Troops, Despite A Government Shutdown**

Apr 8, 2011 **Washington, D.C.** – Representative Jeff Denham, today released the following statement in response to the President's threat to veto a bill that would fund our troops for the remainder of the year and keep the government operating. Rep. Denham, a veteran himself, believes that we must support the men and women who risk their lives fighting for our freedom every day.

*"The well being of our troops and their families must come before politics. As a veteran, a US Representative and citizen of the United States, I voted yesterday for a bill to ensure the federal government stays open and our troops are funded through the end of the fiscal year. As a nation, we must provide the necessary resources for the brave men and women who risk their lives every day in defense of our freedom.  In a time of war, America's leaders must unite. It is time for the Senate to act!"* – Representative Jeff Denham

Without a doubt, the Advertisement contains false information deliberately intended to mislead California voters and defame Congressman Denham's reputation.  Because the Advertisement conveys messages that are plainly disproven by fact, we respectfully demand that your station immediately stop airing the Advertisement and that no further airings of this misleading content be allowed on your station.

There simply is no debate on this issue.

To say otherwise is ferociously disingenuous and deliberately misleading to California voters.

The DCCC has no right or privilege to defame Congressman Denham's reputation by fabricating blatant lies in order to do so.  Your station has a legal responsibility to review and to eliminate any false, misleading, or deceptive materials contained in advertising, and we urge you to put a stop to these dishonest attacks on your station.

October 24, 2012
Kevin Walsh
Page 3

The false attacks bankrolled by the Democratic Congressional Campaign Committee against Congressman Denham do not constitute a "candidate use." Under *Columbia Broadcasting Sys., Inc. v. Democratic Nat'l Comm.*, 412 U.S. 94 (1973), and *Nat'l Conservative Political Action Comm.*, 89 FCC 2d 626 (1982), your station is not obligated to air any advertisements from third parties, such as the DCCC, as third parties have no guaranteed right of access to air their advertisements on your station.

This false statement cannot be protected under the New York Times standard.

Your station is hereby on notice that the Advertisement makes false statements intended to deliberately deceive California voters and defame Congressman Denham's reputation. Based on the foregoing, we respectfully demand that your station immediately cease the airing of this false and misleading Advertisement and further request that you reject any attempts by the sponsor of this Advertisement to purchase time for the future airing of this Advertisement because of its material misstatements of fact and defamatory nature.

Please contact me at your earliest convenience at (209) 667-1889 to advise as to your station's actions(s) with respect to cessation of the airing of this advertisement.

Thank you for your prompt attention to this matter. I will anticipate your immediate response.

Regards,

MICHAEL S. WARDA,
A Professional Law Corporation

Michael S. Warda

EXHIBIT "E"



## Michael S. Warda
### A PROFESSIONAL LAW CORPORATION

*msw@wardalaw.com*

October 24, 2012

**VIA U.S. MAIL & EMAIL**
*kpwalsh@cbs.com*

Kevin Walsh
KOVR
2713 KOVR Drive
Sacramento, CA 95605

    **Re:**    **Democratic Congressional Campaign Committee**
             **SECOND DEMAND ON ANOTHER FALSE ADVERTISEMENT**

Dear Mr. Walsh:

    This letter is in regard to the negative advertisement the Democratic Congressional Campaign Committee ("the DCCC") is running against Congressman Jeff Denham, a candidate for U.S. House of Representatives for California's 10th Congressional District ("the Advertisement"). The Advertisement contains FALSE STATEMENTS

### Government Shutdown and Military Pay – Denham Record

**CHARGE:** Jeff Denham protected his pay in the event of a government shutdown

FALSE the bill cited in the ad H R 1255 (**Passed** - April 01, 2011) sought to prevent a government shutdown and fund the government however the bill states that in the event of a shutdown Members of Congress and the President would lose their pay for every day the Congress failed to pass a budget. The ad is in direct contradiction with the text of the legislation which is included below:

### SEC. 3 TREATMENT OF CERTAIN PAYMENTS TO MEMBERS OF CONGRESS AND THE PRESIDENT:

**H R 1255 directs the authorities "not [to] disburse to each Member or Delegate the amount of his or her salary for each day" that the government is shut down or unable to pay its debts. It does the same with respect to the President.**

October 24, 2012
Kevin Walsh
Page 2

**CHARGE**: Jeff Denham voted against a bill that would guarantee military pay in the event of a government shutdown

FALSE Congressman Denham consistently supported legislation to ensure that our troops were paid. The ad cites H.R. 1363 (passed – April 07, 2011) which provided essential funding for the federal government to continue operating.  These funds included funding for the Department of Defense so that military pay and benefits would never lapse.

During the negotiations over the government funding Congressman Denham issued the statement below stating his position that we must always support our men and women in uniform.

**Rep. Denham: We Must Fund Our Troops, Despite A Government Shutdown**

Apr 8, 2011 **Washington, D.C.** – Representative Jeff Denham, today released the following statement in response to the President's threat to veto a bill that would fund our troops for the remainder of the year and keep the government operating. Rep. Denham, a veteran himself, believes that we must support the men and women who risk their lives fighting for our freedom every day.

*"The well being of our troops and their families must come before politics. As a veteran, a US Representative and citizen of the United States, I voted yesterday for a bill to ensure the federal government stays open and our troops are funded through the end of the fiscal year. As a nation, we must provide the necessary resources for the brave men and women who risk their lives every day in defense of our freedom.  In a time of war, America's leaders must unite. It is time for the Senate to act!"*– Representative Jeff Denham

Without a doubt, the Advertisement contains false information deliberately intended to mislead California voters and defame Congressman Denham's reputation.  Because the Advertisement conveys messages that are plainly disproven by fact, we respectfully demand that your station immediately stop airing the Advertisement and that no further airings of this misleading content be allowed on your station.

There simply is no debate on this issue.

To say otherwise is ferociously disingenuous and deliberately misleading to California voters.

The DCCC has no right or privilege to defame Congressman Denham's reputation by fabricating blatant lies in order to do so.  Your station has a legal responsibility to review and to eliminate any false, misleading, or deceptive materials contained in advertising, and we urge you to put a stop to these dishonest attacks on your station.

October 24, 2012
Kevin Walsh
Page 3


The false attacks bankrolled by the Democratic Congressional Campaign Committee against Congressman Denham do not constitute a "candidate use." Under *Columbia Broadcasting Sys., Inc. v. Democratic Nat'l Comm.*, 412 U.S. 94 (1973), and *Nat'l Conservative Political Action Comm.*, 89 FCC 2d 626 (1982), your station is not obligated to air any advertisements from third parties, such as the DCCC, as third parties have no guaranteed right of access to air their advertisements on your station.

This false statement cannot be protected under the New York Times standard.

Your station is hereby on notice that the Advertisement makes false statements intended to deliberately deceive California voters and defame Congressman Denham's reputation. Based on the foregoing, we respectfully demand that your station immediately cease the airing of this false and misleading Advertisement and further request that you reject any attempts by the sponsor of this Advertisement to purchase time for the future airing of this Advertisement because of its material misstatements of fact and defamatory nature.

Please contact me at your earliest convenience at (209) 667-1889 to advise as to your station's actions(s) with respect to cessation of the airing of this advertisement.

Thank you for your prompt attention to this matter. I will anticipate your immediate response.


Regards,

MICHAEL S. WARDA,
A Professional Law Corporation

Michael S. Warda

EXHIBIT "F"



## Michael S. Warda
### A PROFESSIONAL LAW CORPORATION

*msw@wardalaw.com*

October 24, 2012

**VIA U.S. MAIL & EMAIL**
*mbarrs@news10.net*

Maria Barrs
KXTV
400 Broadway
Sacramento, CA 95818

      **Re:**   **Democratic Congressional Campaign Committee**
              **SECOND DEMAND ON ANOTHER FALSE ADVERTISEMENT**

Dear Ms. Barrs:

      This letter is in regard to the negative advertisement the Democratic Congressional Campaign Committee ("the DCCC") is running against Congressman Jeff Denham, a candidate for U.S. House of Representatives for California's 10th Congressional District ("the Advertisement").   The Advertisement contains FALSE STATEMENTS

### Government Shutdown and Military Pay – Denham Record

**CHARGE:** Jeff Denham protected his pay in the event of a government shutdown

FALSE the bill cited in the ad H R 1255 (**Passed** - April 01, 2011) sought to prevent a government shutdown and fund the government however the bill states that in the event of a shutdown Members of Congress and the President would lose their pay for every day the Congress failed to pass a budget.  The ad is in direct contradiction with the text of the legislation which is included below:

**SEC. 3 TREATMENT OF CERTAIN PAYMENTS TO MEMBERS OF CONGRESS AND THE PRESIDENT:**

**H R 1255 directs the authorities "not [to] disburse to each Member or Delegate the amount of his or her salary for each day" that the government is shut down or unable to pay its debts. It does the same with respect to the President.**

2350 W. Monte Vista • Turlock, CA 95382 • Tel (209) 667-1889 • Fax (209) 667-1809

October 24, 2012
Maria Barrs
Page 2


**CHARGE:** Jeff Denham voted against a bill that would guarantee military pay in the event of a government shutdown

FALSE Congressman Denham consistently supported legislation to ensure that our troops were paid. The ad cites H.R. 1363 (passed – April 07, 2011) which provided essential funding for the federal government to continue operating.  These funds included funding for the Department of Defense so that military pay and benefits would never lapse.

During the negotiations over the government funding Congressman Denham issued the statement below stating his position that we must always support our men and women in uniform.

### Rep. Denham: We Must Fund Our Troops, Despite A Government Shutdown

Apr 8, 2011 **Washington, D.C.** – Representative Jeff Denham, today released the following statement in response to the President's threat to veto a bill that would fund our troops for the remainder of the year and keep the government operating. Rep. Denham, a veteran himself, believes that we must support the men and women who risk their lives fighting for our freedom every day.

*"The well being of our troops and their families must come before politics. As a veteran, a US Representative and citizen of the United States, I voted yesterday for a bill to ensure the federal government stays open and our troops are funded through the end of the fiscal year. As a nation, we must provide the necessary resources for the brave men and women who risk their lives every day in defense of our freedom.  In a time of war, America's leaders must unite. It is time for the Senate to act!"* – Representative Jeff Denham

Without a doubt, the Advertisement contains false information deliberately intended to mislead California voters and defame Congressman Denham's reputation.  Because the Advertisement conveys messages that are plainly disproven by fact, we respectfully demand that your station immediately stop airing the Advertisement and that no further airings of this misleading content be allowed on your station.

There simply is no debate on this issue.

To say otherwise is ferociously disingenuous and deliberately misleading to California voters.

The DCCC has no right or privilege to defame Congressman Denham's reputation by fabricating blatant lies in order to do so.  Your station has a legal responsibility to review and to eliminate any false, misleading, or deceptive materials contained in advertising, and we urge you to put a stop to these dishonest attacks on your station.

October 24, 2012
Maria Barrs
Page 3

The false attacks bankrolled by the Democratic Congressional Campaign Committee against Congressman Denham do not constitute a "candidate use."  Under *Columbia Broadcasting Sys., Inc. v. Democratic Nat'l Comm.*, 412 U.S. 94 (1973), and *Nat'l Conservative Political Action Comm.*, 89 FCC 2d 626 (1982), your station is not obligated to air any advertisements from third parties, such as the DCCC, as third parties have no guaranteed right of access to air their advertisements on your station.

This false statement cannot be protected under the New York Times standard.

Your station is hereby on notice that the Advertisement makes false statements intended to deliberately deceive California voters and defame Congressman Denham's reputation.  Based on the foregoing, we respectfully demand that your station immediately cease the airing of this false and misleading Advertisement and further request that you reject any attempts by the sponsor of this Advertisement to purchase time for the future airing of this Advertisement because of its material misstatements of fact and defamatory nature.

Please contact me at your earliest convenience at (209) 667-1889 to advise as to your station's actions(s) with respect to cessation of the airing of this advertisement.

Thank you for your prompt attention to this matter.  I will anticipate your immediate response.

Regards,

MICHAEL S. WARDA,
A Professional Law Corporation

Michael S. Warda

EXHIBIT "G"



# Michael S. Warda
### A PROFESSIONAL LAW CORPORATION

*msw@wardalaw.com*

October 24, 2012

**VIA U.S. MAIL & EMAIL**
*ann.postell@fox40.com*

Ann Postell
KTXL
4655 Fruitridge Road
Sacramento, CA 95820

   **Re:**  **Democratic Congressional Campaign Committee**
       **SECOND DEMAND ON ANOTHER FALSE ADVERTISEMENT**

Dear Ms. Postell:

   This letter is in regard to the negative advertisement the Democratic Congressional Campaign Committee ("the DCCC") is running against Congressman Jeff Denham, a candidate for U.S. House of Representatives for California's 10th Congressional District ("the Advertisement"). The Advertisement contains FALSE STATEMENTS

## Government Shutdown and Military Pay – Denham Record

**CHARGE:** Jeff Denham protected his pay in the event of a government shutdown

FALSE the bill cited in the ad H R 1255 (**Passed** - April 01, 2011) sought to prevent a government shutdown and fund the government however the bill states that in the event of a shutdown Members of Congress and the President would lose their pay for every day the Congress failed to pass a budget. The ad is in direct contradiction with the text of the legislation which is included below:

 **SEC. 3 TREATMENT OF CERTAIN PAYMENTS TO MEMBERS OF CONGRESS AND THE PRESIDENT:**

 **H R 1255 directs the authorities "not [to] disburse to each Member or Delegate the amount of his or her salary for each day" that the government is shut down or unable to pay its debts. It does the same with respect to the President.**

October 24, 2012
Ann Postell
Page 2

**CHARGE:** Jeff Denham voted against a bill that would guarantee military pay in the event of a government shutdown

FALSE Congressman Denham consistently supported legislation to ensure that our troops were paid. The ad cites H.R. 1363 (passed – April 07, 2011) which provided essential funding for the federal government to continue operating.  These funds included funding for the Department of Defense so that military pay and benefits would never lapse.

During the negotiations over the government funding Congressman Denham issued the statement below stating his position that we must always support our men and women in uniform.

**Rep. Denham: We Must Fund Our Troops, Despite A Government Shutdown**

Apr 8, 2011 **Washington, D.C.** – Representative Jeff Denham, today released the following statement in response to the President's threat to veto a bill that would fund our troops for the remainder of the year and keep the government operating. Rep. Denham, a veteran himself, believes that we must support the men and women who risk their lives fighting for our freedom every day.

*"The well being of our troops and their families must come before politics. As a veteran, a US Representative and citizen of the United States, I voted yesterday for a bill to ensure the federal government stays open and our troops are funded through the end of the fiscal year. As a nation, we must provide the necessary resources for the brave men and women who risk their lives every day in defense of our freedom.  In a time of war, America's leaders must unite. It is time for the Senate to act!"* – Representative Jeff Denham

Without a doubt, the Advertisement contains false information deliberately intended to mislead California voters and defame Congressman Denham's reputation.  Because the Advertisement conveys messages that are plainly disproven by fact, we respectfully demand that your station immediately stop airing the Advertisement and that no further airings of this misleading content be allowed on your station.

There simply is no debate on this issue.

To say otherwise is ferociously disingenuous and deliberately misleading to California voters.

The DCCC has no right or privilege to defame Congressman Denham's reputation by fabricating blatant lies in order to do so.  Your station has a legal responsibility to review and to eliminate any false, misleading, or deceptive materials contained in advertising, and we urge you to put a stop to these dishonest attacks on your station.

October 24, 2012
Ann Postell
Page 3

The false attacks bankrolled by the Democratic Congressional Campaign Committee against Congressman Denham do not constitute a "candidate use." Under *Columbia Broadcasting Sys., Inc. v. Democratic Nat'l Comm.*, 412 U.S. 94 (1973), and *Nat'l Conservative Political Action Comm.*, 89 FCC 2d 626 (1982), your station is not obligated to air any advertisements from third parties, such as the DCCC, as third parties have no guaranteed right of access to air their advertisements on your station.

This false statement cannot be protected under the New York Times standard.

Your station is hereby on notice that the Advertisement makes false statements intended to deliberately deceive California voters and defame Congressman Denham's reputation. Based on the foregoing, we respectfully demand that your station immediately cease the airing of this false and misleading Advertisement and further request that you reject any attempts by the sponsor of this Advertisement to purchase time for the future airing of this Advertisement because of its material misstatements of fact and defamatory nature.

Please contact me at your earliest convenience at (209) 667-1889 to advise as to your station's actions(s) with respect to cessation of the airing of this advertisement.

Thank you for your prompt attention to this matter. I will anticipate your immediate response.

Regards,

MICHAEL S. WARDA,
A Professional Law Corporation

Michael S. Warda