Timothy L. Alger (SBN 160303)
TAlger@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650-838-4300
Facsimile: 650-838-4350

Sunita Bali
Sbali@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310-788-9900
Facsimile: 310-788-3399

Attorneys for Defendant
DEMOCRATIC CONGRESSIONAL CAMPAIGN
COMMITTEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF DENHAM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE; GREAT AMERICAN MEDIA, INC.; SACRAMENTO TELEVISION STATIONS, INC.; HEARST STATIONS, INC.; CHANNEL 40, INC.; KXTV, INC. and DOES 1 through 50, inclusive,,<br><br>Defendants. | Case No. 2:12-cv-02663-KJM (DAD)<br><br>**STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' RESPONSE TO COMPLAINT** |

Plaintiff, Jeff Denham ("Plaintiff") and Defendant, Democratic Congressional Campaign Committee ("DCCC") stipulate as follows:

1. On October 25, 2012, Plaintiff filed his Complaint;
2. On November 1, 2012, DCCC was personally served with the Complaint;
3. Plaintiff has agreed to a 30-day extension of time for all defendants to respond to the Complaint to allow counsel additional time to investigate Plaintiff's claims and formulate a response;
4. DCCC's response to the Complaint, which is currently due on November 22, will therefore be due on December 24, 2012, pursuant to this stipulation;
5. The response of all other defendants is also extended to thirty days after the statutory response deadline, pursuant to this stipulation;
6. The parties have not previously requested extensions of any deadlines, and the parties do not believe that this extension will affect the progress of the case;

SUBJECT TO THE COURT'S APPROVAL, IT IS THEREFORE STIPULATED THAT the DCCC's deadline to respond to the Complaint, whether by answer, motion, or otherwise, shall be continued 30 days to December 24, 2012, and that the time for all other defendants to respond to the Complaint shall be similarly continued to 30 days after the statutory deadline.

**IT IS SO STIPULATED.**

DATED: November 26, 2012

**PERKINS COIE LLP**

By:   /s/ Timothy L. Alger
     Timothy L. Alger

Attorneys for Defendant
Democratic Congressional Campaign Committee

1

2  DATED: November 26, 2012                    **MICHAEL S. WARDA, APLC**

3

4                                              By: _____/s/ Michael Warda_____
5                                                  Michael S. Warda

6                                              Attorneys for Plaintiff
7                                              Jeff Denham

8

9

10          **IT IS SO ORDERED.**

11

12  DATED: _____, 2012                _____
13                                              Hon. Kimberly J. Mueller
                                                U.S. District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-   STIPULATION AND [PROPOSED] ORDER
      RE RESPONSE TO COMPLAINT